

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2013

No. 04-12-00787-CV

Helen **HERRERA**,
Appellant

v.

Julia **MARTINEZ,**
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 7296
Honorable Diana J. Bautista, Judge Presiding

## O R D E R

    We grant appellant's motion to file an amended brief. We order the amended brief due October 31, 2013. Appellant is advised that no extensions of this deadline will be granted. If the amended brief is not filed by the date ordered, the court will review only the issues contained in appellant's original brief.

    Appellee's motion for extension of time to file her brief is granted. We order appellee's brief due November 4, 2013.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2013.

_____
Keith E. Hottle
Clerk of Court

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

October 16, 2013

No. 04-12-00787-CV

Helen **HERRERA**,
Appellant

v.

Julia **MARTINEZ,**
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 7296
Honorable Diana J. Bautista, Judge Presiding

# O R D E R

We grant appellant's motion to file an amended brief. We order the amended brief due October 31, 2013. Appellant is advised that no extensions of this deadline will be granted. If the amended brief is not filed by the date ordered, the court will review only the issues contained in appellant's original brief.

Appellee's motion for extension of time to file her brief is granted. We order appellee's brief due November 4, 2013.

/s/ Luz Elena D. Chapa
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2013.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 16TH DAY OF OCTOBER, 2013.